636

389 A.2d 696

Commonwealth ex rel. Hower, Appellant, v. Hower et al.

Argued March 14, 1978. James E. Tarman, with him Alan N. Linder, for appellant; Charles E. Schmidt, Jr., with him Hepford, Zimmerman & Swartz, for appellees.

Order affirmed.

389 A.2d 696

Commonwealth ex rel. Shover, Appellant, v. Royster.

Argued March 14, 1978. Nancy E. Rourke, with her Alan N. Linder, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

CERCONE and SPAETH, JJ., would remand for a full record.

PRICE, J., would remand for a full hearing and opinion.